**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-02036-LTB-MJW

GEA POWER COOLING, INC., a Delaware corporation; and
INTERNATIONAL COOLING TOWER USA, INC., an Arizona corporation,

        Plaintiffs,

v.

COOLING TOWER DEPOT, INC.,

        Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

       The Motion to Set Date to Answer or Otherwise Respond to Plaintiffs' Complaint (Doc 5 - filed January 11, 2006) is **GRANTED**.  Defendant has **up to and including February  1, 2006** to answer or otherwise respond to Plaintiffs' Complaint.

Dated:  January 12, 2006
_____