IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02036-LTB-MJW

GEA POWER COOLING, INC., et al.,

Plaintiff(s),

v.

COOLING TOWER DEPOT, INC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Defendant's Status Report and Unopposed Motion to Vacate Scheduling/Planning Conference (docket no. 16) is GRANTED finding good cause shown.  The Rule 16 Scheduling Conference set on March 31, 2006, at 9:30 a.m. is VACATED. The subject status report indicates that the parties have a "settlement in principle and have exchanged draft settlement documents..." Accordingly, it is FURTHER ORDERED that the parties shall submit on or before April 18, 2006, their stipulation for dismissal to the court or show cause why this case should not be dismissed.

Date:  March 28, 2006