# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02036-LTB-MJW

GEA POWER COOLING, INC., a Delaware corporation,
INTERNATIONAL COOLING TOWER USA, INC., an Arizona corporation

Plaintiffs,

v.

COOLING TOWER DEPOT, INC., a Nevada corporation

Defendant.

_____

### PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE
_____

This matter comes before the Court upon the Stipulated Motion for Permanent Injunction and For Dismissal with Prejudice.  Good cause having been shown, and the Court being satisfied it has jurisdiction over the matter, IT IS ORDERED that:

1.  Cooling Tower Depot, along with its officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, should be and hereby are permanently enjoined and restrained from:

   A.  using the terms "GEA," "geacoolingtower.com," "geacoolingtowers.com," "geathermaldynamic.com," "International Cooling Tower," "International Cooling Towers," "internationalcoolingtower.com," "internationalcoolingtowers.com," "Integrated Cooling Technologies," "Thermal Dynamic Towers," "Integrid," or "ICT," or any confusingly-similar terms (the "Marks"), in its advertising, including web-based advertising and domain names, except that Cooling Tower Depot can use those terms:  (i) to describe truthfully the employment history of its employees; or (ii) to describe truthfully the products it sells and services in offers as for use with GEA and International type cooling towers and being compatible with GEA or International Cooling Tower products.

      B.      engaging in any other activity constituting false advertising or an unfair trade practice involving any of the Marks or GEA's and International's respective rights in, or right to use or to exploit the Marks or constituting any dilution of GEA's or International Cooling Tower's respective name, reputation, or goodwill.

      C.      assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs A and B above.

2.      GEA and International, along with their respective officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, should be and hereby are permanently enjoined and restrained from:

      A.      engaging in any activity constituting false advertising or an unfair trade practice involving any of any marks associated with Cooling Tower Depot or Cooling Tower Depot's right in, or right to use or to exploit those mark or constituting any dilution of Cooling Tower Depot's name, reputation, or goodwill.

      B.      assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs B above.

3.      This case is dismissed with prejudice, with each party to pays its own costs and attorney fees.

Done this   15th   day of May, 2006

                                         s/Lewis T. Babcock  
                                         Lewis T. Babcock, Chief Judge  
                                         United States District Court Judge